# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

160688(21)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN TYRONE GREEN,
        Defendant-Appellant.

_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160688
COA: 350713
Wayne CC: 92-007266-FC

      On order of the Court, the motion for reconsideration of this Court's June 30, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

b1019